**Jay S. FRIEDENBERG, Magisterial District Judge, Respondent.**

**No. 166 MM 2014.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

### ORDER

PER CURIAM.

AND NOW, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

---

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Respondent**

v.

**Florence R. PARKER, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

### ORDER

PER CURIAM.

AND NOW, this 11th day of December, 2014, the Petition for Allowance of Appeal and the Application for Consolidation are **DENIED.**